# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

Robert T. Dewenter,

        Plaintiff,     :    Case No. 3:09-cv-400

- vs -     :    District Judge Walter Herbert Rice
    Magistrate Judge Michael R. Merz

TPI Asset Management LLC, et al.,     :

        Defendants.     :

## ORDER ADOPTING REPORT AND RECOMMENDATIONS

The Court has reviewed the Report and Recommendations of United States Magistrate Judge Michael R. Merz (Doc. #16), to whom this case was referred pursuant to 28 U.S.C. § 636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) has expired, hereby ADOPTS said Report and Recommendations.

Accordingly, it is hereby ORDERED that Plaintiff's Motion for Summary Judgment is DENIED. Based on the defense of the claim of claim preclusion, Defendant's Motion to Dismiss is GRANTED and the Complaint DISMISSED with prejudice. Defendants' Motion for Sanctions is DENIED.

March 16, 2010.

                                                      Walter Herbert Rice
                                                      United States District Judge